1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. No. S-09-287 JAM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE STATUS CONFERENCE |
| ENRIQUE GUZMAN-LUA, | ) | |
| aka Jorge Martinez Rodriguez, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED between the parties, Michele Beckwith, Assistant United States Attorney, and Matthew Bockman, Assistant Federal Defender, attorney for defendant ENRIQUE GUZMAN-LUA, that the status conference of September 21, 2010 be vacated, and the matter be set for status conference on September 28, 2010 at 9:30 a.m.

Because the attorney for plaintiff will be out of town at a mandatory training event from September 13 through September 23, 2010, additional time is needed for the parties to negotiate a possible resolution of this matter. The parties agree a continuance is necessary for this purpose, and agree to exclude

1

time under the Speedy Trial Act accordingly.

IT IS STIPULATED that the period from the signing of the proposed order, up to and including the September 28, 2010 status conference, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated:  September 9, 2010          Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney


                                   */s/ Michele Beckwith*
                              By:  Michele Beckwith
                                   Assistant U.S. Attorney

Dated: September 9, 2010           DANIEL BRODERICK
                                   Federal Defender

                                   */s/ Matthew Bockman*
                                   MATTHEW BOCKMAN
                                   Assistant Federal Defender
                                   Attorney for Defendant


**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for September 21, 2010, be continued to September 28, 2010, at 9:30 a.m.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the

2

1 September 28, 2010, status conference shall be excluded from
2 computation of time within which the trial of this matter must be
3 commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
4 3161(h)(7)(B)(iv) and Local Code T-4.
5 Dated:  September 9, 2010

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT JUDGE