DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ENRIQUE GUZMAN-LUA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-CR-287 JAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| ENRIQUE GUZMAN-LUA, ) | |
| aka Jorge Martinez-Rodriguez, ) | Date: September 28, 2010 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: John A. Mendez |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Enrique Guzman-Lua, that the status conference scheduled for September 28, 2010, may be continued to October 26, 2010, at 9:00 a.m.

The defense has ordered records concerning his recent incarceration. Review of the records may reflect resolution of the case or his federal time credits, in the event of a conviction. The parties agree that time under the Speedy Trial Act should be excluded from the date of this order

through the status conference on October 26, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

```
                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender


Dated:  September 21, 2010            /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for ENRIQUE GUZMAN-LUA


                                      BENJAMIN B. WAGNER
                                      United States Attorney


Dated:  September 21, 2010            /s/ T. Zindel for M. Beckwith
                                      MICHELE BECKWITH
                                      Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to October 26, 2010, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

```
Dated:  September 21, 2010            /s/ John A. Mendez
                                      HON. JOHN A. MENDEZ
                                      United States District Judge
```

Stip. & Order                              2