DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ENRIQUE GUZMAN-LUA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09-CR-287 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| ENRIQUE GUZMAN-LUA, | ) | |
| | ) | |
| Defendant. | ) | Date:  October 26, 2010 |
| | ) | Time:  9:30 a.m. |
| _____ | ) | Judge: John A. Mendez |

　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Enrique Guzman-Lua, that the status conference scheduled for October 26, 2010, may be continued to November 9, 2010, at 9:30 a.m.

　　The defense has reviewed records concerning Mr. Guzman's recent incarceration and will ask the government to revisit its offer because Mr. Guzman has been in continuous custody for over three years. So the government may have time to consider this request, the parties agree that time under the Speedy Trial Act should be excluded from the date of this

order through the status conference on November 9, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

          Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: October 21, 2010    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for ENRIQUE GUZMAN-LUA

BENJAMIN B. WAGNER
United States Attorney

Dated: October 21, 2010    /s/ T. Zindel for M. Beckwith
MICHELE BECKWITH
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to November 9, 2010, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: October 22, 2010
    /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

Stip. & Order    2