```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    ENRIQUE GUZMAN-LUA
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:09-CR-287 JAM |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME (AMENDED)** |
| ENRIQUE GUZMAN-LUA, | ) |
| | ) |
| Defendant. | ) Date: November 9, 2010 |
| | ) Time: 9:30 a.m. |
| _____ | ) Judge: John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Enrique Guzman-Lua, that the status conference scheduled for November 9, 2010, may be continued to December 7, 2010, at 9:30 a.m.

The defense has reviewed records concerning Mr. Guzman's recent incarceration and has asked the government to revisit its offer because Mr. Guzman has been in continuous custody for over three years. Defense counsel seeks additional time to negotiate. Accordingly, the parties agree that time under the Speedy Trial Act should be excluded from the

date of this order through the status conference on December 7, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

Dated:  November 5, 2010          /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for ENRIQUE GUZMAN-LUA

                                          BENJAMIN B. WAGNER
                                          United States Attorney

Dated:  November 5, 2010          /s/ T. Zindel for M. Beckwith
                                          MICHELE BECKWITH
                                          Assistant U.S. Attorney

**O R D E R**

    The status conference is continued to December 7, 2010, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

    IT IS SO ORDERED.

Dated:  November 5, 2010          /s/ John A. Mendez
                                          HON. JOHN A. MENDEZ
                                          United States District Judge